Ulster and Delaware Bluestone Company, Respondent, v. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Clarence H. Wall, Appellant, v. John J. O'Hare, Respondent.— Judgment unanimously affirmed, with costs. All concurred.

Warner-Quinlan Asphalt ·Company, Appellant, v. John N. Carlisle, as Commissioner of the New York State Highway Commission, Respondent. (Action No. 2.) — Order reversed, with ten dollars costs and disbursements, and motion granted, without costs, on the opinion in *Warner-Quinlan Asphalt Co.* v. *Carlisle, Nos. 1 & 2* (158 App. Div. 638), decided herewith. All concurred.

William Youngs, Respondent, v. Syracuse, Binghamton and New York Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., not voting.

Frank E. Bullard v. Glens Falls Portland Cement Company.— Motion granted unless within fifteen days the appellant serves proposed case and pays to the respondent ten dollars costs of this motion, in which case motion denied.

Isaac C. Ganow, Respondent, v. Luella D. Willcox Morgan and Others, Impleaded with the W. H. Dunne Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Lyon, J., dissenting.

Margaret C. Hatch, Respondent, v. The City of Elmira, Appellant.— Judgment and order unanimously affirmed, with costs.

Lafayette Street Church Society of Buffalo, Respondent, v. Herbert F. J. Norton, Appellant.— Decision modified as follows: Judgment reversed on law and facts, with costs, and complaint dismissed, with costs. Opinion by Howard, J. All concurred, except Woodward, J., not voting. (See *ante,* p. 1.) The findings of fact of which this court disapproves are numbered in the decision as follows: 5, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 22, 23, 24, 26, 27, 28, 32, 36, 37, 38, 39, 40, 42, 43, 44, 45, 46, 47, 57, 58, 62, 63, 64, 65, 66, 67,·68, 69, 70, 71. In addition to the findings of fact made by the trial court of which this court approves, this court adopts as further findings of fact the defendant's requests to find, as indicated in the record, and numbered 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 38.

Edgar A. Iveson, an Infant, by Henry T. Iveson, His Guardian ad Litem, Respondent, v. United Traction Company, Appellant.— Motion denied.

Albert Matthews, Respondent, v. Fred Hill, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kellogg and Howard, JJ., dissenting.

Frank D. Miller and Others, as Trustees, Respondents, v. Richard W. Jones, Jr., and Bird M. Robinson, Appellants.— Judgment and order unanimously affirmed, with costs.

Frank D. Miller and Others, as Trustees, Respondents, v. Bird M. Robinson and Richard W. Jones, Jr., Appellants.— Judgment and order unanimously affirmed, with costs.